# FILED

05/25/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0199

IN THE SUPREME COURT OF THE STATE OF MONTANA
No. DA 23-0199

IN THE MATTER OF THE ESTATE OF:

LYLE JAMES HEAVY RUNNER,
           Deceased.

## ORDER FOR EXTENSION OF TIME

On Appeal from the Eighth Judicial District Court, Cascade County
Cause No. DP-21-56 and DP-21-210
Before the Hon. John W. Parker

| | |
|---|---|
| Bradley J. Jones<br>BULMAN JONES & COOK PLLC<br>P.O. Box 8202<br>Missoula, MT 59807-8202<br>Tel: (406) 721-7744<br>Fax: (406) 728-9362<br>staff@bulmanlaw.com<br><br>Attorney for Appellant/Spouse and Competing Petitioner for Personal Representative | Jason T. Holden<br>Katie R. Ranta<br>FAURE HOLDEN ATTORNEYS AT LAW, P.C.<br>P.O. Box 2466<br>Great Falls, MT 59403<br>Tel: (405) 452-6500<br>Fax: (406) 452-6503<br>jholden@faureholden.com<br>kranta@faureholden.com<br><br>Attorneys for Appellee/Personal Representative of the Estate of Lyle James Heavy Runner |

Upon consideration of Appellant's motion for extension of time pursuant to Rule 26 of the Montana Rules of Appellate Procedure, and good cause appearing therefrom,

**ORDER FOR EXTENSION OF TIME**    Page 1

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including July 5, 2023 to prepare, file and serve her opening brief.

Electronically Signed Below

**ORDER FOR EXTENSION OF TIME**    Page 2

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
May 25 2023